UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COURTNEY LINDE, et al.,

                Plaintiffs,

- against -

ARAB BANK, PLC,

                Defendant.
------------------------------------------------------------X
PHILIP LITLE, et al.,

                Plaintiffs,

- against -

ARAB BANK, PLC,

                Defendant.
------------------------------------------------------------X
ORAN ALMOG, et al.,

                Plaintiffs,

- against -

ARAB BANK, PLC,

                Defendant.
------------------------------------------------------------X
ROBERT L. COULTER, SR. et al.,

                Plaintiffs,

- against -

ARAB BANK, PLC,

                Defendant.
------------------------------------------------------------X
GILA AFRIAT-KURTZER, et al.,

                Plaintiffs,

- against -

**ORDER**
04 CV 2799 (NG)(VVP)

04 CV 5449 (NG)(VVP)

04 CV 5564 (NG)(VVP)

05 CV 365 (NG)(VVP)

05 CV 388 (NG)(VVP)

ARAB BANK, PLC,

        Defendant.
-------------------------------------------------------x
MICHAEL BENNETT, et al.,

        Plaintiffs,

  - against -                                    05 CV 3183 (NG)(VVP)

ARAB BANK, PLC,

        Defendant.
-------------------------------------------------------x
ARNOLD ROTH, et al.,

        Plaintiffs,

  - against -                                    05 CV 3738 (NG)(VVP)

ARAB BANK, PLC,

        Defendant.
-------------------------------------------------------x
NETANEL MILLER, et al.,

        Plaintiffs,

  - against -                                    05 CV 5518 (NG)(VVP)

ARAB BANK, PLC,

        Defendant.
-------------------------------------------------------x
STEWART WEISS, et al.,

        Plaintiffs,

  - against -                                    06 CV 1623 (NG)(VVP)

ARAB BANK, PLC,

        Defendant.
-------------------------------------------------------x

**GERSHON, United States District Judge:**

No objections have been filed to the July 24, 2006 Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky. The Court adopts the Report and Recommendation in its entirety, and the plaintiffs' motion for sanctions is denied.

SO ORDERED

/s/

**NINA GERSHON**
**United States District Judge**

Dated: September 13, 2006
Brooklyn, New York