FILED
IN CLERK'S OFFICE
U.S. D̶ ̶ ̶COURT E.D.N.Y.
★ FEB 2 6 2007 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COURTNEY LINDE, et al.<br>Plaintiffs,<br>-against-<br>ARAB BANK, PLC,<br>Defendant. | Case No. CV 04 2799(NG)(VVP) |
| ROBERT L. COULTER, SR.,<br>FOR THE ESTATE OF JANIS RUTH<br>COULTER, ET AL.<br>Plaintiffs,<br>-against-<br>ARAB BANK, PLC,<br>Defendant. | Case No. CV 05 365(NG)(VVP) |
| MILLER, et al.<br>Plaintiffs,<br>-against-<br>ARAB BANK, PLC,<br>Defendant. | Case No. CV 05 5518(NG)(VVP) |

## STIPULATION AND CONSENT ORDER

WHEREAS, Netanel Miller, Chaya Miller and Arie Miller (the "Transferring Plaintiffs") are plaintiffs in *Miller, et al. v. Arab Bank plc*, Case No. CV 05-5518 (NG)(VVP) (the "*Miller* action"); and

WHEREAS, the Transferring Plaintiffs are represented in the *Miller* action by counsel for plaintiffs in *Coulter, et al. v. Arab Bank plc*, Case No. CV 05-365 (NG)(VVP) (the "*Coulter* action"); and

WHEREAS, the parties in the above-captioned actions agree that severing the Transferring Plaintiffs from the *Miller* action and adding them to the *Coulter* action is the most efficient manner in which to proceed with those plaintiffs' claims now; and

WHEREAS, Plaintiffs' counsel in the above-captioned actions have been retained by three persons, and their respective family members, (the "Additional Plaintiffs") who may wish to file a lawsuit against Arab Bank plc ("Defendant") alleging facts similar to those alleged in *Linde, et al. v. Arab Bank plc*, Case No. CV 04-2799 (NG)(VVP) (the "*Linde* action") and the *Coulter* action; and

WHEREAS, Plaintiffs and Defendants seek to avoid the administrative burden of filing and responding to a new action that alleges the same or similar facts as those alleged in the above-captioned actions.

NOW THEREFORE, it is stipulated and agreed as follows:

1. The Transferring Plaintiffs shall be added to the *Coulter* action pursuant to Fed. R. Civ. P. 15(d) by filing a Supplemental Complaint on or before February 7, 2006 that: (a) sets forth the Transferring Plaintiffs' names and nationalities and date and place in which they were injured; (b) for the purposes of all defenses related to the timing of the filing of the Transferring Plaintiffs' claims against Arab Bank, including, but not limited to, all defenses related to statutes of limitation, statutes of repose, estoppel and laches, the claims of the Transferring Plaintiffs (previously asserted in the *Miller* action) shall be treated as having been

filed on November 28, 2005, the date of the filing of the *Miller* action; (c) this Stipulation shall not provide Arab Bank with any defense related to the Transferring Plaintiffs that Arab Bank would not have possessed had the Transferring Plaintiffs remained as plaintiffs in the *Miller* action; (d) this Stipulation shall not deprive Arab Bank of any potential defense to the claims asserted by the Transferring Plaintiffs, except as expressly stated herein; and (e) the *Miller* action is hereby withdrawn and counsel for the Transferring Plaintiffs shall separately file an appropriate notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i).

2. The Additional Plaintiffs may be added to the *Linde* and *Coulter* actions pursuant to Fed. R. Civ. P. 15(d) by filing a Supplemental Complaint on or before February 7, 2006 that: (a) sets forth the Additional Plaintiffs' names and nationalities and date and place in which they were injured; and (b) conforms to the terms of the Court's July 22, 2005 Order regarding the filing of a First Supplemental Complaint in *Litle v. Arab Bank plc*, Case No. CV 04-5449 (NG)(VVP).

3. Additional Plaintiffs added pursuant to the terms of this Stipulation and Consent Order need not re-serve Defendant.

4. The terms of this Stipulation and Consent Order shall not preclude Defendant from asserting any defense to the claims asserted by any Additional Plaintiff or Transferred Plaintiff or from filing a separate motion to dismiss or other responsive pleading with respect to the individual claims asserted by each Additional Plaintiff or Transferred Plaintiff; provided that the issues raised in any such motion to dismiss have not previously been decided by the Court in *Linde, et al. v. Arab Bank plc*, 384 F.Supp.2d 571 (E.D.N.Y 2005).

5. Claims asserted by Additional Plaintiffs added pursuant to the terms of this Stipulation and Consent Order will be considered to have been filed on the date a

Supplemental Complaint is filed with the Court and shall not relate back to the date the original complaints in these actions were filed. For limitations purposes, the date of filing of a Supplemental Complaint will be deemed the date a Supplemental Complaint is filed with the Court, not the date the Stipulation and Consent Order is entered by the Court.

6. Defendant shall answer, move or otherwise respond to the claims asserted by any Transferring or Additional Plaintiff, added pursuant to the terms of this Stipulation and Consent Order, on or before thirty days after a Supplemental Complaint is filed.

LEBOEUF, LAMB, GREENE & MACRAE LLP

By: _____
Randall Fox (RF-2845)
125 West 55th Street
New York, New York 10019-5389
Telephone: (212) 424-8546
Facsimile: (212) 649-1185

So ordered this
26th day of February, 2007
s/NG
_____
United States District Judge

KOHN, SWIFT & GRAF, P.C.

By: _____
Steven M. Steingard
*Admitted pro hac vice*
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968

OSEN & ASSOCIATES, LLC

By: _____
Aaron Schlanger (AS-9372)
Gary M. Osen
700 Kindermack Road
Oradell, NJ 07649
Telephone: (215) 238-1700
Facsimile: (215) 238-1968

## SERVICE LIST

**BY ELECTRONIC DELIVERY:**

**IN *LITLE, ET AL. V. ARAB BANK, PLC*, CV 04-5449 & *BENNETT, ET AL. V. ARAB BANK, PLC*, CV 05-3183 & *ROTH, ET AL. V. ARAB BANK, PLC*, CV 05-3738**

**Liaison Counsel for *Litle, Bennett and Roth* Plaintiffs:**
James P. Bonner, Esq (jbonner@lawssb.com)
SHALOV, STONE & BONNER LLP
485 Seventh Avenue
Suite 1000
New York, N.Y. 10018
Telephone: (212) 239-4340
Facsimile: (212) 239-4310

**Co-Counsel for *Litle, Bennett and Roth* Plaintiffs:**
Mark S. Werbner, Esq. (mwerbner@swtriallaw.com)
SAYLES WERBNER
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
Telephone: (214) 939-8711
Facsimile: (214) 939-8787

Richard D. Heideman, Esq. (rdheideman@HLNKlaw.com)
HEIDEMAN LEZELL NUDELMAN & KALIK, P.C.
1146 19th Street, NW
Fifth Floor
Washington, D.C. 20036
Telephone: (202) 462-8990
Facsimile: (202) 462-8995

Steven R. Perles, Esq. (sperles@perleslaw.com)
PERLES LAW FIRM, P.C.
1146 19th Street, NW
Washington DC 20036
Telephone: (202) 745-1300
Facsimile: (202) 745-1858

**IN *LINDE, ET AL. v. ARAB BANK, PLC*, CV 04-2799 & *COULTER, ET AL. v. ARAB BANK, PLC*, CV 05-365**

**Liaison Counsel for *Linde* Plaintiffs; Co-counsel for the *Coulter* Plaintiffs:**
Andrew D. Friedman, Esq. (afriedman@whesq.com)
Joshua D. Glatter, Esq. (jglatter@whesq.com)
WECHSLER HARWOOD LLP
488 Madison Avenue
8th Floor
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

**Counsel for the *Coulter* Plaintiffs; Co-Counsel for *Linde* Plaintiffs:**
Gary M. Osen, Esq. (gmo@osen.us)
Peter Raven-Hansen (praven@law.gwu.edu)
OSEN & ASSOCIATES, LLC
700 Kinderkamack Road
Oradell, NJ 07649
Telephone: (201) 265-6400
Facsimile: (201) 265-0303

Robert A. Swift, Esq. (rswift@kohnswift.com)
Steven M. Steingard, Esq. (ssteingard@kohnswift.com)
KOHN SWIFT & GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968

## IN *ALMOG, ET AL.* v. *ARAB BANK, PLC*, CV 04-5564 & *AFRIAT-KURTZER, ET AL. V. ARAB BANK, PLC*, CV 05-388

**Counsel for *Almog & Afriat-Kurtzer* Plaintiffs**
Ronald L. Motley, Esq. (rmotley@motleyrice.com)
Jodi W. Flowers, Esq. (jflowers@motleyrice.com
John M. Eubanks, Esq. (jeubanks@motleyrice.com)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

**Co-Counsel for *Almog* Plaintiffs**
Alan Gerson, Esq. (gerson@gilgintl.org)
ATTORNEY AT LAW
2131 S. Street
Washington, D.C. 20008
Telephone: (202) 966-8557